# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141926 & (18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL SOARES SOCORRO, JR.,
      Defendant-Appellant.

SC: 141926
COA: 297871
Berrien CC: 2009-002944-FC

_____/

On order of the Court, the application for leave to appeal the September 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to dismiss complaint is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

0131